# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RUDY REYES** and **CLARISSA MILLER,**
Appellants,

v.

**WALMART, INC.,**
Appellee.

No. 4D2022-2907

[December 7, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet C. Croom, Judge; L.T. Case No. 312020CA000530.

Jay M. Levy of Jay M. Levy, P.A., Miami, and David Kleinberg of Neufeld Kleinberg & Pinkert, Aventura, for appellants.

Daniel S. Weinger and Marc M. Greenberg of Luks, Santaniello, Petrillo, Cohen & Peterfriend, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***